1034

[No. 45361-1-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL OSHEAN GAINES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-01705-2, Ronald Kessler, J., entered October 6, 1999. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 45362-9-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT RUSSELL, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04299-7, Ronald Kessler, J., entered September 13, 1999. *Dismissed* by unpublished per curiam opinion.

[No. 46068-4-I. Division One. October 15, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. CARLOS FERNANDEZ-GARCIA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-05247-8, Anthony P. Wartnik, J., entered February 4, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46136-2-I. Division One. October 15, 2001.]

DIANNA M. DUNN, *Appellant*, v. THE PORT OF EVERETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-2-07822-3, Kenneth L. Cowsert, J., entered February 1, 2000. *Affirmed* by unpublished per curiam opinion.